IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICK J. VALENTIC,<br><br>    Plaintiff,<br><br>    vs.<br><br>OMAHA PUBLIC POWER DISTRICT, (OPPD Management); OMAHA PUBLIC POWER DISTRICT BOARD MEMBERS, NEBRASKA EQUAL OPPORTUNITY COMMISSION, U.S. EQUAL OPPORTUNITY COMMISSION, LAW OFFICE OF SHELDON M. GALLNER, P.C., LAW OFFICE OF MELANY S CHESTERMA, ANDERSON, FERGUSON &AMP; ACIERNO, LAW OFFICE OF MELANY S CHESTERMAN - O'BRIEN WITH HAUPTMAN, O'BRIEN WOLF &AMP; LATHROP, P.C, NEBRASKA WORKERS' COMPENSATION COURT, JAMES L QUINLAN, SARA L. MCGILL, ATTORNEYS AT LAW WITH FRASER STRYKER, P.C., L.L.O. REPRESENTING OMAHA PUBLIC POWER DISTRICT, MELANY O'BRIEN, SHELDON GALLNER,<br><br>    Defendants. | 8:13CV131<br><br><br>ORDER |

This matter is before the court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Filing No. 4.) Because the plaintiff has already paid the filing fee in this matter, his motion is denied as moot.

IT IS THEREFORE ORDERED that the plaintiff's Motion for Leave to Proceed in Forma Pauperis (Filing No. 4) is denied as moot.

Dated this 6th day of May, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge